FILED

2023 MAY 23  AM 10: 29

CLERK, US DISTRICT COURT
MIDDLE DISTRICT
OCALA FLOR

UNITED STATES DISTRICT COURT
Middle District of Florida
Ocala Division

Clark King,
Petitioner

VS.                                              Case No. 5:23-cv-87-WFJ-PRL

Warden, FCC Coleman-USPII,
Respondent

Petitioner's Request For Ruling
Based on Respondent's Failure
to Respond to Court's Order

On March 15, 2023 this Court entered an Order
to Respondent to "Show cause" why the 2241
petition filed in this case should not be granted.
The Court ordered this Response to be filed
"within 60 days".

The "60-Day" deadline has now passed with no
Response, and the Petitioner now moves for
entry of judgment pursuant to L.R. 3.01(c), and
requests that the petition be granted and
His sentence be Reduced to Time Served.

See, GARRETT v. R.E. Michell, Co. LLC, 2022 U.S. Dist. Lexis 1606 (M.D. Fla. 2022) ("IF A PARTY FAILS TO timely Respond, the Motion is subject to Treatment as Unopposed.")

Additionally, the petitioners asks that Respondent not be given a second opportunity, based on the circumstances in this case.

Specifically, the petitioner is scheduled for Release on June 23, 2023, and any further delay will Amount to a Denial of Justice.

For these Reasons, the petitioner's pleading should be considered on the merits, without further delay, and He be Released forthwith.

Respectfully submitted

Cedric King, pro se
Reg.# 39419-060
FCC Coleman, USP II
P.O Box 1034
Coleman, Florida
33521

May 17, 2023

<u>CERTIFICATE OF SERVICE</u>

I, CEDRIC KING, CERTIFY THAT A COPY OF THIS 'REQUEST FOR HEARING' IS BEING PROVIDED TO THE RESPONDENT, BY U.S. MAIL, ON THIS 17, DAY OF MAY 2023

CEDRIC KING, PROSE